UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KELLY MARIE RODRIGUEZ,

    Plaintiff,

v.                                                                Case No. 6:16-cv-1148-Orl-37GJK

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

In this social security appeal, Plaintiff's counsel filed an unopposed request for authorization to charge a reasonable fee pursuant to 42 U.S.C. § 406(b). (Doc. 22 ("**Motion**").) Counsel seeks $4,002 in attorney's fees. (*Id.* at 8.) On referral, U.S. Magistrate Judge Gregory J. Kelly recommends the Court grant the Motion, finding the fee reasonable. (Doc. 23 ("**R&R**").)

The parties filed a joint notice of no objection to the R&R. (Doc. 24.) As such, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no such error, the Court will adopt the R&R in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     U.S. Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 23) is **ADOPTED, CONFIRMED,** and made a part of this Order.

2. Richard A. Culbertson's Request for Authorization to Charge a Reasonable Fee and Memorandum on Reasonable Fees Pursuant to 42 U.S.C. § 406(b) is **GRANTED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 21, 2019.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record